IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:93-CR-39-GCM

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) ORDER |
| WALTER EUGENE MARTIN (5) | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the pro se Motion for Early Termination of Supervised Release [doc. # 76]. The Court has insufficient evidence to grant the motion at this time. Therefore, the motion is **DENIED.** The Defendant may file another motion for early termination in twelve months.

**IT IS SO ORDERED.**

Signed: May 12, 2016

Graham C. Mullen
United States District Judge